# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Joey Wilson, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:21-cv-00142-GBW-KRS |
| v. | § § | |
| Atlas Oil Company | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | COLLECTIVE AND CLASS ACTION |

## AGREED MOTION FOR STAY AND
## CONTINUE INITIAL PRETRIAL CONFERENCE

Before the Court is the Parties' Agreed Motion for Stay and Continue Initial Pretrial Conference. Having considered the Motion the Court is of the opinion that the Motion should be and hereby is **GRANTED.**

The case is stayed for 60 days from the signing of this Order.

The initial pre-trial conference will be reset at a later date.

_____
HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SHELLIST LAZARZ SLOBIN LLP

By: /s/ Ricardo J. Prieto
　　　Ricardo J. Prieto
　　　Texas Bar No. 24062947
　　　rprieto@eeoc.net
　　　Melinda Arbuckle
　　　Texas Bar No. 24080773
　　　marbuckle@eeoc.net
　　　Taneska Jones
　　　Texas Bar No. 24106151
　　　tjones@eeoc.net
　　　Shellist Lazarz Slobin LLP
　　　11 Greenway Plaza, Suite 1515
　　　Houston, Texas 77046
　　　Telephone: (713) 621-2277
　　　Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF AND
PUTATIVE COLLECTIVE & CLASS ACTION
MEMBERS

**- and -**

PLUNKETT COONEY, PC

By: /s/ Courtney L. Nichols
　　　Courtney L. Nichols
　　　cnichols@plunkettcooney.com
　　　Stacy L. Kelly
　　　skelly@plunkettcooney.com
　　　38505 Woodward Avenue, Suite 100
　　　Bloomfield Hills, Michigan 48304
　　　Telephone: (248) 594-6360
　　　Facsimile: (248) 901-4040

BUTT THORNTON & BAEHR PC

By: /s/Agnes Fuentevilla Padilla

Agnes Fuentevilla Padilla
afpadilla@btblaw.comw
P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
Facsímile: (505) 889-8870

ATTORNEYS FOR DEFENDANT