IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOEY WILSON, *Individually and On Behalf Of All Others Similarly Situated*,

    Plaintiff,

v.

    Case No. 2:21-cv-00142-KG/KRS

ATLAS OIL COMPANY,

    Defendant.

### ORDER GRANTING AGREED MOTION TO TRANSFER VENUE TO THE SAN ANTONIO DIVISION OF THE WESTERN DISTRICT OF TEXAS

Before the Court is the Parties' Agreed Motion to Transfer Venue to the San Antonio Division of the Western District of Texas (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Accordingly, it is hereby ORDERED that this case be transferred to the San Antonio Division of the United States District Court for the Western District of Texas.

IT IS SO ORDERED.

                                                          UNITED STATES DISTRICT JUDGE